UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| GEORGE BROWN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:05CV88 HEA |
| ) | |
| DEREK WHEATLEY, et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's "Motion Requesting Extension of Time and Reconsideration of Appointment of Counsel," [Doc. No. 53]. The request for extension is granted, the request for counsel is denied.

Plaintiff asserts that he did not receive the Court's Order allowing additional discovery until the time allotted had expired. He has, however submitted medical documentation in support of his opposition to Defendants' Motion for Summary Judgment. The Court, therefore is unclear as to whether Plaintiff seeks to submit additional documentation. In the interest of justice, the Court will allow additional discovery for thirty days from the date of this Order. Furthermore, the Clerk of the Court shall provide Plaintiff with a copy of this Court's Local Rules and shall copy the exhibits Plaintiff has submitted with his opposition to the Motion for Summary Judgment and return the originals to Plaintiff.

The Court remains of the opinion that counsel is not warranted in this matter. The complexity of this matter is not such that it would benefit the Court and the parties if counsel were to be appointed. Plaintiff has articulated the issues involved, and has provided the Court with argument in support of his claim.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension, [Doc. No. 53], is granted in part and denied in part.

**IT IS FURTHER ORDERED** that discovery may be conducted for an additional thirty (30) days from the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Reconsideration of Appointment of Counsel is denied.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with a copy of the Court's Local Rules, and shall copy the exhibits Plaintiff has submitted in opposition to the Motion for Summary Judgment and return the originals to Plaintiff.

**IT IS FURTHER ORDERED** that Plaintiff shall submit any further memoranda in support of his opposition to the Motion for Summary Judgment, if

any, on or before February 26, 2007.

   Dated this 17th day of January, 2007.

                              _____
                                    HENRY EDWARD AUTREY
                              UNITED STATES DISTRICT JUDGE